IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHERYL L. HASEEB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 4:17-cv-2074 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **ORDER**

This matter comes before the Court on Plaintiff's Emergency Motion for Temporary Restraining Order and Permanent Injunction (Dkt. 3). The parties have reached the following agreement with respect to the Plaintiff's Motion:

1. The United States will retain possession of the funds levied from Plaintiff's bank accounts on June 16, 2017, until a judgment resolving the issue of whether Plaintiff is a nominee of Umer Haseeb is filed in this case.

2. The United States, through its agency, the Internal Revenue Service will not take any further administrative collection activities against the Plaintiff or her company Ultimate Motor Sports to collect tax liabilities owed by Plaintiff's husband, Umer Haseeb, until a judgment is entered in this case or this order is modified by the Court.

3.     Neither Plaintiff nor her company Ultimate Motor Sports will engage in any activities that would assist Umer Haseeb in avoiding the collection of his income tax liabilities.

IT IS HEREBY ORDERED that the hearing scheduled for September 29, 2017, is vacated and Plaintiff's Motion Emergency Motion for Temporary Restraining Order and Permanent Injunction is denied as moot.

SIGNED this _____ day of September, 2017.

_____
ALFRED H. BENNET
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE

/s/ Derek B. Matta
Derek B. Matta, Attorney for Plaintiff Cheryl L. Haseeb
dmatta@cctaxlaw.com
S. D. of Texas Bar No. 437818
Cantrell & Cantrell, PLLC
3700 Buffalo Speedway, Suite 1000
Houston, Texas 77098
Telephone: (713) 333-0555
Fax:  (713) 333-0550

/s/ Goud P. Maragani
Goud P. Maragani, Attorney for Defendant United States of America
Goud.P.Maragani@usdoj.gov
S.D. of Texas Bar No. 2984520
U.S. Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
Telephone: (214) 880-9757
Fax: (214) 880-9741